IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALMA CANTU and DARLENE REED, individually and on behalf of other employees similarly situated, | § § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-0576 |
| VITOL, INC., | § § § | |
| Defendant. | § | |

## ORDER

Counsel for plaintiff has filed a Motion to Compel, (Docket Entry No. 27). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers.  Call, fax, or e-mail Mrs. Eddins at <u>Lisa_Eddins@txs.uscourts.gov</u> at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel.  The fax number is (713) 250-5213.  To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done.  If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken.  The court will address the subject matter of the motion at the scheduling conference already on this court's docket for January 22, 2010, at 9:00 a.m.

SIGNED on January 19, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge