IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALMA CANTU and DARLENE REED, § | |
| § | |
| Plaintiffs § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-0576 |
| § | |
| VITOL, INC., § | |
| § | |
| Defendant. § | |

## ORDER

The Joint Pretrial Order is due on April 22, 2011.  Docket Call will be on April 26, 2011 at 2:00 PM in Courtroom 11B.

SIGNED on March 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge